**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6185**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MUMIN SAHIB ABDULLAH, a/k/a Phillip Edward
Roberson,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-93-419-JFM, CA-00-2455-JFM)

_____

Submitted:  May 17, 2001                Decided:  May 25, 2001

_____

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mumin Sahib Abdullah, Appellant Pro Se.  Susan Moss Ringler, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mumin Sahib Abdullah appeals from the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Abdullah, Nos. CR-93-419-JFM, CA-00-2455-JFM (D. Md. filed Dec. 18, 2000; entered Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We recently held in United States v. Sanders, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in Apprendi v. New Jersey, 530 U.S. 466 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Abdullah's Apprendi claims are not cognizable.

2